Judgment in a Civil Case
================================================

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURIE A. FAHRER | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 24-cv-464 |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED; the Court finds no basis for remand; the Plaintiff's Motion for Judgment on the Pleadings (Doc. 16) is **DENIED**, and that the Defendant's Motion for Judgment on the Pleadings (Doc. 20) is **GRANTED**.  The Clerk of Court is **DIRECTED** to close this case.


| | |
|---|---|
| Date: January 12, 2026 | MARY C. LOEWENGUTH<br>CLERK OF COURT<br><br>By:  s / Donna<br>        Deputy Clerk |